PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Bounmy Chomsavanh</u>  Case Number: <u>3:09-00049-12</u>

Name of Judicial Officer: <u>The Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>November 30, 2011</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute a quantity of MDMA (Ecstasy) and a quantity Marijuana</u>

Original Sentence: <u>time-served in custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>March 27, 2012</u>

Assistant U.S. Attorney: <u>Lynn Ingram</u>  Defense Attorney: <u>Lawrence L. Arnkoff</u>

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ___ day of _____, 2013, and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place  Nashville, Tennessee

Date   January 4, 2013

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The defendant shall refrain from any unlawful use of a controlled substance.**

   On December 17, 2012, Mr. Chomsavanh tested positive for Methamphetamine. He admitted to using the drug the previous weekend.

2. **The defendant shall participate in a substance abuse treatment program as approved by the Probation Office on an outpatient basis.**

   Mr. Chomsavanh missed drug treatment on two occasions, May 22 and June 26, 2012. He stated he missed due to transportation difficulties.

## Compliance with Supervision Conditions and Prior Interventions:

Mr. Chomsavanh was sentenced on November 30, 2011, to time served and released. He was brought back into custody for a detainer with U. S. Immigration and Customs Enforcement on December 1, 2011. He was released from the detainer and began supervision on March 27, 2012. He is scheduled to terminate supervision on November 29, 2014. He was referred for a substance abuse assessment on March 28, 2012. The assessment was completed on April 24, 2012, and substance abuse treatment was recommended. He began treatment on May 9, 2012.

Mr. Chomsavanh obtained employment with Jani King, cleaning office buildings on September 7, 2012. He has remained employed at the company to date.

As a result of the positive drug test on December 17, 2012, his drug testing will be increased in order to monitor further drug use. He has been reprimanded for the drug use and advised that further violations could result in sanctions by the Court.

## U.S. Probation Officer Recommendation:

It is respectfully recommended Mr. Chomsavanh be continued on supervised release with no further action at this time.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _/s/ Britton Shelton_
Britton Shelton
Supervisory U.S. Probation Officer