PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Bounmy Chomsavanh</u>　　　Case Number: <u>3:09-00049-12</u>

Name of Judicial Officer: <u>The Honorable William J. Haynes, Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>November 30, 2011</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute a quantity of MDMA (Ecstasy) and a quantity Marijuana</u>

Original Sentence: <u>Time-served in custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>　　　Date Supervision Commenced: <u>March 27, 2012</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>　　　Defense Attorney: <u>Lawrence L. Arnkoff</u>

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 30th day of January, 2013,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place　　Nashville, Tennessee

Date
　　　January 25, 2013

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

   On January 2, 2013, Mr. Chomsavanh tested positive for Methamphetamine. He denied using the substance since his previous drug test on December 17, 2012.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Chomsavanh was sentenced to time served and released on November 30, 2011. He was taken back into custody on a detainer with U. S. Immigration and Customs Enforcement on December 1, 2011. He was released from the detainer and began supervision on March 27, 2012. He is scheduled to terminate supervision on March 26, 2014. He was referred for a substance abuse assessment on March 28, 2012. The assessment was completed on April 24, 2012, and substance abuse treatment was recommended. He began treatment on May 9, 2012, and he is still enrolled in treatment at this time.

Mr. Chomsavanh obtained employment with Jani King, cleaning office buildings on September 7, 2012. He has remained employed at the company to date.

A report was submitted to the Court on January 4, 2013, to inform that Mr. Chomsavanh tested positive for Methamphetamine on December 17, 2012, and missed substance abuse treatment on two occasions. As a result of the positive drug tests, his drug testing and substance abuse treatment were both increased. Drug tests conducted on January 4 and 17 were negative. He has been reprimanded for the drug use and advised that further violations could result in sanctions by the Court. His recent drug use is also being addressed by his substance abuse treatment providers.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended Mr. Chomsavanh be continued on supervised release with no further action at this time.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _____
   Britton Shelton
   Supervisory U.S. Probation Officer